

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jonathan Shannon Howard, Appellant

No. 06-20-00046-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 28367). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and bill of costs by deleting the assessment of $150.00 for attorney fees. The court costs on the judgment are hereby modified to $155.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jonathan Shannon Howard, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 8, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk